UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| DON A. SPATES, | |
| Plaintiff, | Case No. 3:18-cv-00981-wmc |
| v. | Honorable Judge William M. Conley |
| BYRIDER FINANCE, LLC d/b/a CARNOW ACCEPTANCE COMPANY d/b/a CNAC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, DON A. SPATES ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, BYRIDER FINANCE, LLC d/b/a CARNOW ACCEPTANCE COMPANY d/b/a CNAC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 29, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Western District of Wisconsin
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188

nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim